■ CAPITOL COAL CORPORATION, Appellant, v. ROYCE HAULAGE CORP. et al., Respondents. — Judgment unanimously affirmed, with costs. No opinion. Concur — Peck, P. J., Breitel, Botein, Frank and Valente, JJ.

■ PAUL GOLD, Respondent, v. MURRAY OLIPHANT et al., Appellants. — Order entered December 14, 1956, denying the appellant Oliphant's motion to dismiss the second cause of action contained in the amended complaint or for alternative relief, and order entered December 14, 1956, denying the appellant Tannebaum's motion to dismiss the amended complaint herein as to him or for alternative relief, unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Peck, P. J., Breitel, Botein, Frank and Valente, JJ.

■ ABRAHAM COHEN, Appellant, v. LILLIAN N. BURG et al., Respondents. — Judgment, so far as appealed from, unanimously affirmed, with costs. No opinion. Concur — Breitel, J. P., Rabin, Frank, Valente and McNally, JJ.

■ In the Matter of CITY BANK FARMERS TRUST COMPANY, as Trustee under a Deed of Trust Made by WOOD FOSDICK, Deceased, Respondent. FRANCES L'H. JONES et al., Appellants; AMERICAN MUSEUM OF NATURAL HISTORY, Respondent. — Order unanimously affirmed, with $20 costs and disbursements to the respondent the American Museum of Natural History. No opinion. Concur — Breitel, J. P., Rabin, Frank, Valente and McNally, JJ. [4 Misc 2d 1003.]

■ HUGO KNOPP, Respondent, v. CONSTANTINE PORRECA, Appellant-Respondent, and ROMAN LANDSCAPE CONTRACTING COMPANY, INC., Appellant, et al., Defendant. — Judgment unanimously reversed on the ground of excessiveness of verdict and a new trial ordered, with costs to abide the event, unless the plaintiff stipulates to reduce the verdict to the sum of $45,000 in which event, the judgment, as so modified is affirmed, without costs. Settle order on notice. Concur — Breitel, J. P., Rabin, Frank, Valente and McNally, JJ.

■ ZACK REESE et al., Appellants, v. HARTFORD ACCIDENT & INDEMNITY COMPANY, Respondent. — Appeal unanimously dismissed. Order, denying plaintiffs' motion for partial summary judgment, unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Breitel, J. P., Rabin, Frank, Valente and McNally, JJ. [4 Misc 2d 947.]